# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHYSIOTHERAPY HOLDINGS, INC., *et al.*,<br><br>           Debtors. | Chapter 11 Case<br>Case No. 13-12965 (KG)<br>(Jointly Administered) |
| PAH LITIGATION TRUST,<br><br>           Plaintiff,<br><br>WATER STREET HEALTHCARE PARTNERS, L.P., WS ASSOCIATE CO-INVEST PARTNERS, LLC, WATER STREET HEALTHCARE MANAGEMENT, L.P., WIND POINT PARTNERS IV, L.P., WIND POINT IV EXECUTIVE ADVISOR PARTNERS, L.P., WIND POINT ASSOCIATES IV, LLC, WIND POINT INVESTORS IV, L.P., *et al.*,<br><br>           Defendants. | Adversary Proceeding<br>No. 15-51238-KG |

### NOTICE OF SUBPOENA *DUCES TECUM* TO NON-PARTY
### MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 45, made applicable to this proceeding by Rule 9016 of the Federal Rules of Bankruptcy Procedure, Plaintiff, the PAH Litigation Trust, in the above-captioned adversary proceeding, will serve the attached *subpoena duces tecum* upon non-party Mayo Foundation for Medical Education and Research.

Dated: April 6, 2017

                          QUINN EMANUEL URQUHART
                          & SULLIVAN, LLP
                          Richard I. Werder, Jr.
                          Susheel Kirpalani
                          Benjamin Finestone
                          51 Madison Avenue, 22nd Floor
                          New York, New York 10010

                          QUINN EMANUEL URQUHART
                          & SULLIVAN, LLP
                          R. Brian Timmons
                          Johanna Y. Ong
                          B. Dylan Proctor
                          865 South Figueroa Street, 10th Floor
                          Los Angeles, California 90017

                          -and-

                          PACHULSKI STANG ZIEHL & JONES LLP


                          */s/ Peter J. Keane*_____
                          Laura Davis Jones (Bar No. 2436)
                          Michael R. Seidl (Bar No. 3889)
                          Peter J. Keane (Bar No. 5503)
                          919 North Market Street, 17th Floor
                          P.O. Box 8705
                          Wilmington, DE 19899-8705 (Courier 19801)
                          Telephone:  (302) 652-4100
                          Facsimile:   (302) 652-4400
                          Email:  ljones@pszjlaw.com
                                  mseidl@pszjlaw.com
                                  pkeane@pszjlaw.com

                          *Counsel for the PAH Litigation Trust*