# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHYSIOTHERAPY HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11 Case<br>Case No. 13-12965 (KG)<br>(Jointly Administered) |
| PAH LITIGATION TRUST,<br><br>Plaintiff,<br><br>WATER STREET HEALTHCARE PARTNERS, L.P., WS ASSOCIATE CO-INVEST PARTNERS, LLC, WATER STREET HEALTHCARE MANAGEMENT, L.P., WIND POINT PARTNERS IV, L.P., WIND POINT IV EXECUTIVE ADVISOR PARTNERS, L.P., WIND POINT ASSOCIATES IV, LLC, WIND POINT INVESTORS IV, L.P., *et al.*,<br><br>Defendants. | Adversary Proceeding<br>No. 15-51238-KG |

## **CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 6th day of April, 2017, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Notice of Subpoena *Duces Tecum* to Non-Party Mayo Foundation for Medical Education and Research**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

Physiotherapy Holdings, Inc., *et al.*
(Core Service List – for A-15-51238)
Case Number  13-12965(KG)
Document No. 203814
03 – Hand Delivery
03– First Class Mail
10 – Electronic Mail

*Hand Delivery*
*(United States Trustee)*
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

*Hand Delivery & Electronic Mail*
*(Counsel for Defendant Wind Point Entities)*
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801
*Email:  jfalgowski@reedsmith.com*

*Hand Delivery & Electronic Mail*
*(Counsel for Water Street Entities)*
Mark D. Collins, Esquire
Robert J. Stearn, Esquire
Marisa A. Terranova Fissell, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*Email:  collins@rlf.com; stearn@rlf.com; terranovafissel@rlf.com*

*First Class Mail & Electronic Mail*
*(Counsel for Defendant Wind Point Entities)*
Brian D. Roche, Esquire
Reed Smith LLP
10 S. Wacker Drive
Chicago, IL  60606-7507
*Email:  Broche@ReedSmith.com*

*First Class Mail & Electronic Mail*
*(Counsel for Water Street Entities)*
Richard W. Reinthaler, Esquire
David Neier, Esquire
Carrie V. Hardman, Esquire
Kerry C. Donovan, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166
*Email:  RReinthaler@winston.com; DNeier@winston.com; CHardman@winston.com; kcdonovan@winston.com*

*First Class Mail & Electronic Mail*
*(Counsel for Water Street Entities)*
Rolf S. Woolner
Winston & Strawn LLP
333 S. Grand Avenue
38th Floor
Los Angeles, CA 90071-1543
*Email: rwoolner@winston.com*