# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHYSIOTHERAPY HOLDINGS, INC., *et al.*,<br><br>                                                  Debtors. | Chapter 11 Case<br>Case No. 13-12965 (KG)<br>(Jointly Administered) |
| PAH LITIGATION TRUST,<br><br>                                                  Plaintiff,<br><br>        v.<br><br>WATER STREET HEALTHCARE PARTNERS, L.P., WS ASSOCIATE CO-INVEST PARTNERS, LLC, WATER STREET HEALTHCARE MANAGEMENT, L.P., WIND POINT PARTNERS IV, L.P., WIND POINT IV EXECUTIVE ADVISOR PARTNERS, L.P., WIND POINT ASSOCIATES IV, LLC, WIND POINT INVESTORS IV, L.P., *et al.*,<br><br>                                                 Defendants. | Adversary Proceeding<br>No. 15-51238-KG |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING
STIPULATION REGARDING MOTIONS FOR SUMMARY JUDGMENT**

The undersigned, Plaintiff PAH Litigation Trust (the "Trust") hereby certifies as follows:

1.      Pursuant to the *Third Amended Scheduling Order* (Adv. D.I. 871) (the "Third Amended Scheduling Order"), the current deadline for the parties to file dispositive motions is June 29, 2018.

2.      The parties have stipulated to extend the deadline for the filing of dispositive motions to July 6, 2018, with all other deadlines in the Third Amended Scheduling Order to remain unchanged (the "Stipulation"). A copy of the Stipulation is attached as **Exhibit 2**.

3. Attached hereto as **Exhibit 1** is a proposed order (the "Proposed Order"), which reflects the agreed-upon extension set forth in the Stipulation.

WHEREFORE, the Trust respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit 1**, at its convenience.

Dated: June 25, 2018

> QUINN EMANUEL URQUHART
> & SULLIVAN, LLP
> Richard I. Werder, Jr.
> Susheel Kirpalani
> Benjamin Finestone
> 51 Madison Avenue, 22nd Floor
> New York, New York 10010
>
> QUINN EMANUEL URQUHART
> & SULLIVAN, LLP
> R. Brian Timmons
> Johanna Y. Ong
> 865 South Figueroa Street, 10th Floor
> Los Angeles, California 90017
>
> -and-
>
> PACHULSKI STANG ZIEHL & JONES LLP
>
> /s/ Peter J. Keane
> Laura Davis Jones (Bar No. 2436)
> Michael R. Seidl (Bar No. 3889)
> Peter J. Keane (Bar No. 5503)
> 919 North Market Street, 17th Floor
> P.O. Box 8705
> Wilmington, DE 19899-8705 (Courier 19801)
> Telephone:  (302) 652-4100
> Facsimile:   (302) 652-4400
> Email:  ljones@pszjlaw.com
>             mseidl@pszjlaw.com
>             pkeane@pszjlaw.com
>
> *Counsel for the PAH Litigation Trust*

- 3 -