## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHYSIOTHERAPY HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11 Case<br>Case No. 13-12965 (KG)<br>(Jointly Administered) |
| PAH LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WATER STREET HEALTHCARE PARTNERS, L.P., *et al.*,<br><br>Defendants | Adversary Proceeding<br>No. 15-51238-KG<br><br><br>Re:  Adv. D.I. 386, 676, 871 |

### ORDER

Upon consideration of the parties' *Stipulation Regarding Motions for Summary Judgment* and good cause appearing thereon, IT IS HEREBY ORDERED THAT the deadline for the filing of dispositive motions shall be extended to July 16, 2018, with all other deadlines in the Third Amended Scheduling Order (D.I. 871) to remain unchanged.

Dated: July 6, 2018
Wilmington, Delaware

The Honorable Kevin Gross
United States Bankruptcy Judge