IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHYSIOTHERAPY HOLDINGS, INC. *et al.*,<br><br>Debtors.<br><br>PAH LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WATER STREET HEALTHCARE PARTNERS, L.P., WS ASSOCIATE CO-INVEST PARTNERS, LLC, WATER STREET HEALTHCARE MANAGEMENT, L.P., WIND POINT PARTNERS IV, L.P., WIND POINT IV EXECUTIVE ADVISOR PARTNERS, L.P., WIND POINT ASSOCIATES IV, LLC, WIND POINT INVESTORS IV, L.P., *et al.*,<br><br>Defendants. | Chapter 11 Case<br>Case No. 13-12965 (KG)<br>(Jointly Administered)<br><br><br><br><br><br><br>Civil Action No. 18-1734 (LPS)<br>Adv. Pro. No. 15-51238 (KG) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff PAH Litigation Trust and Defendants Water Street Healthcare Partners, L.P., WS Associate Co-Invest Partners, LLC, Water Street Healthcare Management, L.P., Wind Point Partners IV, L.P., Wind Point IV Executive Advisor Partners, L.P., Wind Point Associates IV, LLC, Wind Point Investors IV, L.P., (collectively, "Defendants"), by and through their respective undersigned counsel, pursuant to that certain Settlement Agreement dated August 28, 2019 (the "Settlement Agreement"), hereby stipulate and agree that:

1. All Counts in the Complaint (Adv. Pro. No. 15-51238 (KG), D.I. 1) are dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

3. This Court shall retain jurisdiction over any such action or proceeding arising out of or related to this Stipulation and/or the Settlement Agreement or the subject matter thereof.

[signature page to follow]

| | |
|---|---|
| */s/ Michael A. Barlow* <br> By: Michael A. Barlow (#3928) <br> April M. Kirby (#6152) <br> ABRAMS & BAYLISS LLP <br> 20 Monchanin Road, Suite 200 <br> Wilmington, DE 19807 <br> (302) 778-1000 <br> barlow@abramsbayliss.com <br> akirby@abramsbayliss.com <br><br> *Attorneys for the PAH Litigation Trust* <br><br> OF COUNSEL: <br> Richard I. Werder, Jr. <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> (212) 849-7000 <br><br> William C. Price <br> R. Brian Timmons <br> Johanna Y. Ong <br> B. Dylan Proctor <br> Terry L. Wit <br> Stephen A. Broome <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, California 90017 <br> (213) 443-3112 | */s/ David M. Fry* <br> By: John W. Shaw (#3362) <br> David M. Fry (#5486) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, Delaware 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> dfry@shawkeller.com <br><br> *Attorneys for Defendants WS Associate Co-Invest Partners, LLC, Water Street Healthcare Management, L.P., Water Street Healthcare Partners, L.P., Wind Point Associates IV, LLC, Wind Point IV Executive Advisor Partners, L.P., Wind Point Investors IV, L.P., and Wind Point Partners IV, L.P.* <br><br> OF COUNSEL: <br> Robert A. Van Nest <br> David J. Silbert <br> Steven K. Taylor <br> Ajay S. Krishnan <br> Erin E. Meyer <br> Abraham Fine <br> KEKER, VAN NEST & PETERS LLP <br> 633 Battery Street <br> San Francisco, California 94111 <br> (415) 391-5400 |

SO ORDERED this ___ day of August, 2019

_____
THE HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT JUDGE

{A&B-00622978}                                    3